FILE COPY



**BRIAN QUINN**
Chief Justice

**PATRICK A. PIRTLE**
Justice

**JUDY C. PARKER**
Justice

**LAWRENCE M. DOSS**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 27, 2020

Hillary Netardus
Attorney at Law
P.O. Box 50652
Amarillo, TX 79159
* DELIVERED VIA E-MAIL *

Russell Thorum
Assistant District Attorney
P.O. Box 1592
Pampa, TX 79066
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:  07-19-00257-CR, 07-19-00258-CR
Trial Court Case Number:  5150, 5151

**Style:**   Brandon Edward Standerfer v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

Vivian Long, Clerk

cc:     Honorable Steven R. Emmert (DELIVERED VIA E-MAIL)
Sherri Jones (DELIVERED VIA E-MAIL)